UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELLE HENKEL,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF EDUCATION,<br><br>   Defendant. | Civil Action No. 24-1676 (SLS) |

## DEFENDANT'S MOTION TO DISMISS

  Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Department of Education, by and through the undersigned counsel, respectfully moves to dismiss Plaintiff Danielle Henkel's amended complaint, ECF No. 20, for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted. A memorandum of points and authorities in support and proposed order are attached.

Dated: February 5, 2025
   Washington, D.C.

Respectfully submitted,

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Bradley G. Silverman*
   BRADLEY G. SILVERMAN, D.C. Bar #1531664
   Assistant United States Attorney
   601 D Street NW
   Washington, DC 20530
   (202) 252-2575
   bradley.silverman@usdoj.gov

*Attorneys for the United States of America*