UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DANIELLE HENKEL,

      Plaintiff,

    v.

DEPARTMENT OF EDUCATION,

    Defendant.

Civil Action No. 24-1676 (SLS)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to dismiss, the various memoranda submitted in support thereof and opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion to dismiss is GRANTED;

ORDERED that Plaintiff's complaint is DISMISSED.

SO ORDERED.

_____
Dated

_____
SPARLKE L. SOOKNANAN
United States District Judge