UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELLE HENKEL,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. 24-1676 (SLS) |

**MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendant Department of Education, by and through the undersigned counsel, respectfully requests a thirty-day extension of time to April 19, 20205, file a Reply in further support of Defendant's Motion to Dismiss. The deadline for the Reply was on March 19, 2025.

Pursuant to Local Civil Rule 7(m), the undersigned has conferred with counsel for Plaintiff, who consents to an extension only to April 4, 2025. Defendant, through the undersigned, apologizes both to the Court and Plaintiff for the missed deadline to file a Reply. And it is with absolute necessity that Defendant seeks the additional time.

Due to excusable neglect and also for good cause shown, the Court should grant the relief requested. As explained to Plaintiff's counsel, Assistant U.S. Attorney Bradley Silverman is on unexpected leave and the undersigned is tasked with covering his substantial litigation docket, including this case. The undersigned is in the process of triaging Assistant U.S. Attorney Silverman's matters with immediate deadlines, which led the undersigned to discovering the missed deadline in this case. According to the court-docket, Plaintiff responded to Defendant's motion to dismiss on March 12, 2025 (ECF No. 25) and under Local Civil Rule 7(d), the

Government had seven days (i.e., by March 19) to file any Reply.  That deadline had since expired.  Upon discovering this inadvertent oversight, the undersigned immediately contacted counsel for Plaintiff to confer on this motion.

The requested relief here is made in good faith and not for any dilatory motive.  There is nothing in the record to suggest the requested relief will unduly prejudice Plaintiff or adversely affect the Court's orderly administration of this case.  Indeed, granting the requested extension will not impact any other deadlines, and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the agency, gather necessary information, and prepare an appropriate Reply to address the arguments raised in Plaintiff's opposition.

For the foregoing reasons, the Court should extend the deadline to April 19, 2025, nunc pro tunc, for Defendant to file a Reply in this case.

| | |
|---|---|
| Dated: March 30, 2025<br>Washington, DC | Respectfully submitted,<br><br>EDWARD R. MARTIN, JR., D.C. Bar #481866<br>United States Attorney<br><br>By: _____/s/ John C. Truong_____<br>JOHN C. TRUONG, D.C. Bar # 465901<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2524<br>John.Truong@usdoj.gov<br><br>*Attorneys for the United States of America* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELLE HENKEL,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF EDUCATION,<br><br>          Defendant. | Civil Action No. 24-1676 (SLS) |

## [PROPOSED] ORDER

UPON CONSIDERATION of Defendant's motion for an extension of time to file a Reply and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED;

ORDERED that Defendant shall have through and including April 19, 2025, to file a Reply in this case.

SO ORDERED.

_____                                    _____
Dated                                                                                          United States District Judge