UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIELLE HENKEL,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>      Defendant. | Civil Action No. 24-1676 (SLS) |

## SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Dhruman Y. Sampat and remove the appearance of Assistant United States Attorney Bradley Silverman and John Truong as counsel for Defendant United States Department of Education in the above-captioned case.

Dated: September 28, 2025                      Respectfully submitted,

                                                 By:     */s/ Dhruman Y. Sampat*
                                                         DHRUMAN Y. SAMPAT
                                                         Assistant United States Attorney
                                                         601 D Street, NW
                                                         Washington, DC 20530
                                                         (202) 252-2525
                                                         dhruman.sampat@usdoj.gov

                                                         *Attorney for the United States of America*